1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED  STATES  DISTRICT  COURT

NORTHERN  DISTRICT  OF  CALIFORNIA

JOSEPH  MICHAEL  ANDREWS,

Petitioner,

v.

PATRICK  COVELLO,  Warden,

Respondent.

Case No. 24-cv-00587 NC (PR)

**ORDER OF TRANSFER**

Petitioner, a state prisoner at the Mule Creek State Prison in Ione, which is in
Amador County, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.
*See* Dkt. No. 1.  Petitioner challenges his state conviction out of Los Angeles County.  *Id.*
at 1.

Venue for a habeas action is proper in either the district of confinement or the
district of conviction.  *See* 28 U.S.C. § 2241(d).  Here, Petitioner is currently confined in
Amador County, which lies within the venue of the United States District Court for the
Eastern District of California, *see* 28 U.S.C. § 84(b), but was convicted in Los Angeles
County, which lies within the venue of the Western Division for the Central District of

California, *id.* § 84(c)(2).  Petitions challenging a conviction or sentence are preferably heard in the district of conviction.  *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Therefore, venue properly lies in the Central District and not in this one.  *See* 28 U.S.C. § 1391(b).

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California, Western Division.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions and transfer the entire file to the Western Division for the Central District of California.

**IT IS SO ORDERED.**

DATED:     February 1, 2024

NATHANAEL  M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\HC 2023\00587Andrews_transfer(CD)

United States District Court
Northern District of California